IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ERIC J. FUHS,                                    §
                                                 §
                    Petitioner,                  §
v.                                               §    Civil Action No. 3:07-CV-1517-L
                                                 §
NATHANIEL QUARTERMAN, Director,                  §
Texas Department of Criminal Justice,            §
Correctional Institutions Division,              §
                                                 §
                    Respondent.                  §

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On September 26, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge found that this case should be transferred to the Fort Worth division of the Northern District of Texas, pursuant to 28 U.S.C. § 2241(d), because petitioner was convicted and sentenced in Tarrant County, which is located in the Forth Worth division.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court, and the court hereby **transfers** this action to the Fort Worth division of the Northern District of Texas. The clerk of the court shall effect the transfer in accordance with the usual procedure.

**Order – Page 1**

**It is so ordered** this 12th day of October, 2007.

Sam A. Lindsay
United States District Judge